UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | M.J. No. 04-M-023-LPC |
| ) | |
| SAUL A. VESECKY ) | |
| ) | |

### NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Brian J. Leske
BRIAN J. LESKE
Assistant U.S. Attorney
617-748-3613

DATED: September 9, 2004

### Certificate of Service

I hereby certify that I have provided a copy of the attached document to counsel for Defendant, Catherine Byrne, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA, 02210, by hand delivery, this 9th day of September, 2004.

/s/ Brian J. Leske
BRIAN J. LESKE