AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Saul A. Vesecky
address unknown
DOB: 10/30/58, ss 007 64 7776

**WARRANT FOR ARREST**

CASE NUMBER: 04-MJ00023-LA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Saul A. Vesecky
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
escaping from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he was confined by the direction of the Attorney General

in violation of
Title    18    United States Code, Section(s)  751(a)

Lawrence P Cohen                    U.S. Magistrate Judge
Name of Issuing Officer              Title of Issuing Officer

_[signature]_                        August 13, 2004 - Boston, MA
Signature of Issuing Officer         Date and Location

Bail fixed at $ _____ by _____
                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY USMS Arizona
Y ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/25/04

DATE RECEIVED    NAME AND TITLE OF ARRESTING OFFICER    SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.