UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-M0023-LPC |
| v. ) | |
| ) | |
| SAUL VESECKY ) | |
| ) | |
| ) | |

**GOVERNMENT'S MOTION TO CONTINUE DETENTION HEARING**

On October 6, 2004 the Defendant made an initial appearance in this Court. The government moved for detention and the hearing was scheduled for October 15, 2004. The Court inquired as to whether the Bureau of Prisons would be seeking to have the Defendant finish his term of imprisonment before the commencement of the criminal matter. I have spoken to the Warden at the facility in California where the Defendant served his sentence and with the United States Marshals Office in this district. A detainer has been filed and the United States Marshals Office expects to transfer the Defendant to BOP custody. As such, the government respectfully requests that the detention hearing in this matter be continued until the Defendant finishes serving his BOP sentence.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Kimberly P. West
KIMBERLY P. WEST
Assistant U.S. Attorney
(617) 748-3176

Dated: October 14, 2004

CERTIFICATE OF SERVICE

Boston, Massachusetts                                                October 14, 2004

    I, Kimberly P. West, Assistant U.S. Attorney, do hereby certify that I have, this day, hand-delivered a copy of the foregoing, to Catherine Byrne, Esq., Federal Defenders Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA 02210.

                                                    /s/ Kimberly P. West
                                                  KIMBERLY P. WEST
                                                  Assistant U.S. Attorney