UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate's Docket No.
04-M00023-LPC

UNITED STATES OF AMERICA

v.

SAUL A. VESECKY

ORDER ON BAIL

October 15, 2004

COHEN, M.J.

It appearing that the above-named defendant is subject to the balance of his underlying federal sentence,[1] a term of custody which, by its terms, may not expire prior to the time that the defendant must be tried in this Court under the provisions of the Speedy Trial Act, it is hereby ordered as follows, with the consent of the defendant:

1. The Government's Motion to Continue Detention Hearing (# 06) is allowed;

2. Immediately upon the surrender of the defendant herein to the appropriate officers of the to the Bureau of Prisons to complete his underlying sentence, bail is set at $500,000 with surety, and the United States Marshal for this District shall cause a detainer to be filed and lodged against the defendant at his place of confinement.

---

[1] In the criminal complaint before this court, the defendant is charged with escape on his underlying conviction.

3. In the event that the defendant shall be released from service of his underlying sentence prior to the completion of the proceedings in this case, the defendant shall be brought before this court for further proceedings consistent with the provisions of the Bail Reform Act of 1984.

_____
UNITED STATES MAGISTRATE JUDGE